THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT ARNOLD ROBERTSON.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GIM YOW MARK.— Motion to dismiss appeal denied. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See *post*, p. 1033.]

THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE SMITH.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

ALFRED FRAZIER, an Infant, by ROSE L. FRAZIER, His Guardian ad Litem, et al., v. LENOX TAXI Co., INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD MUSSENDEN and ALBERTO ARROYO, Appellants, et al., Defendants.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

MEDHAVDES GOPALDAS v. ISTHMIAN LINES, INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P.J., Dore, Cohn, Bastow and Botein, JJ.

In the Matter of ANNA KOWALCZUK. OLGA PERKINS et al., as Administratrices of the Estate of ANNA KOWALCZUK, Deceased, v. ANNA KOVALSKY, as Administratrix of the Estate of STEVE KOVALSKY, Deceased.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

CHARLES HERMAN v. NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., Individually and as Assignee for the Benefit of Creditors of KATJA OF SWEDEN, INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

FERSONS, INC., v. JOSEPH C. ZIMBER, INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

WILLIAM MINTZ v. HAROLD A. WEISSMAN.— Motion to dismiss appeal denied. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

MURRAY LANDY v. I. LAWRENCE LESAVOY.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.